**United States Bankruptcy Court**
**Eastern District of Virginia**
Richmond Division
701 East Broad Street
Richmond, VA 23219

Case Number   14−32762−KRH

**In re:**   Chapter   7

Julia Celeste Brammer
 5212 Conduit Road
Colonial Heights, VA 23834

**SSN:**  xxx−xx−4594        **EIN:**   NA

**NOTICE OF RESIGNATION OF TRUSTEE**
**AND APPOINTMENT OF SUCCESSOR TRUSTEE**

Notice is hereby given that the previously appointed interim trustee in this case has resigned as a trustee effective June 20, 2014 .

Notice is further given that unless there is filed within ten (10) days of the date of this notice a request by a party in interest for the election of a trustee, the following has been appointed successor interim trustee and will become and serve as permanent trustee:

Harry Shaia, Jr
Spinella, Owings & Shaia, P.C.
8550 Mayland Drive
Richmond, VA 23294

(804) 747−0920

Dated:   June 24, 2014

(VAN−026)

For the Court,

William C. Redden, Clerk
United States Bankruptcy Court

United States Bankruptcy Court
Eastern District of Virginia

In re:                                                                  Case No. 14-32762-KRH
Julia Celeste Brammer                                                   Chapter 7
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0422-7          User: baumgartn          Page 1 of 1          Date Rcvd: Jun 24, 2014
                              Form ID: VAN026          Total Noticed: 12

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 26, 2014.
db         +Julia Celeste Brammer,   5212 Conduit Road,   Colonial Heights, VA 23834-2116
12373105   +Bill Me Later,   P.O. Box 2394,   Omaha, NE 68103-2394
12373106   ++CITIBANK,   PO BOX 790034,   ST LOUIS MO 63179-0034
            (address filed with court:  Citibank Sd, Na,   Attn: Centralized Bankruptcy,   P.O. Box 20363,
             Kansas City, MO 64195-0000)
12373108   +Fifth Third Bank,   Attn: Bankruptcy Dept,   1830 East Paris Ave.,   Grand Rapids, MI 49546-8803
12373111   +Home Depot,   P.O. Box 790328,   Saint Louis, MO 63179-0328
12373115    Wells Fargo,   1 HOME CAMPUS X2303-01A,   DES MOINES IA 50326-0000
12373116   +Wells Fargo Bank,   P.O. Box 14517,   Des Moines, IA 50306-3517
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
12373109   +E-mail/PDF: gecsedi@recoverycorp.com Jun 25 2014 02:10:30      Gecrb/Amazon,   Attn: Bankruptcy,
             P.O. Box 103104,   Roswell, GA 30076-9104
12373110   +E-mail/PDF: gecsedi@recoverycorp.com Jun 25 2014 02:10:52      Gecrb/Lowes,
             Attn: Bankruptcy Dept,   P.O. Box 103104,   Roswell, GA 30076-9104
12373112   +E-mail/Text: bnckohlsnotices@becket-lee.com Jun 25 2014 02:07:36      Kohls/Capital One,
             N56 W 17000 Ridgewood Dr,   Menomonee Falls, WI 53051-5660
12373113   +E-mail/Text: bankruptcynotification@vacu.org Jun 25 2014 02:08:17      Va Credit Union,
             P.O. Box 90010,   Richmond, VA 23225-9010
12373114   +E-mail/Text: bankruptcynotification@vacu.org Jun 25 2014 02:08:17      Virginia Credit Union,
             P.O. Box 90010,   Richmond, VA 23225-9010
                                                                                              TOTAL: 5

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
12373107*  ++CITIBANK,   PO BOX 790034,   ST LOUIS MO 63179-0034
            (address filed with court:  Citibank Usa,   Citicorp Credit Services/Attn:Centralize,
             Po Box 20507,   Kansas City, MO 64195-0000)
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 26, 2014                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 24, 2014 at the address(es) listed below:
              Harry Shaia, Jr    harryshaia@spinella.com,
               marykeller@spinella.com;dianecollins@spinella.com;hshaiajr@ecf.epiqsystems.com
              Jessica L. Fellows    on behalf of Debtor Julia Celeste Brammer fellows.jlCH@gmail.com,
               chadesimmons.legal@gmail.com,thedebtlawgroupmail@gmail.com,
               sherricwilmoth@gmail.com;DLGHearings@gmail.com
                                                                                             TOTAL: 2