# United States Bankruptcy Court
## Eastern District of Virginia
Richmond Division
701 East Broad Street
Richmond, VA 23219

**Case Number**  14−32762−KRH
**Chapter**  7
**Judge**  Kevin R. Huennekens

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Julia Celeste Brammer
 5212 Conduit Road
Colonial Heights, VA 23834

Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s).,(if any):
    Debtor: xxx−xx−4594

Employer Tax−Identification (EIN) No(s).(if any):
    Debtor:  NA

## NOTICE OF HEARING

A

*13* − Reaffirmation Cover Sheet and Reaffirmation Agreement with Fifth Third Bank filed by Fifth Third Bank.(Novin, Bobbie)

 has been filed with the court.

Notice is hereby given that a hearing to consider and act upon said matter will be held at:

**Date:**  July 16, 2014          **Time:**  10:00 AM

**Location:**

Judge Huennekens − Courtroom, U. S. Bankruptcy Court, 701 E. Broad St., Rm. 5000, Richmond, VA 23219


Dated:  June 26, 2014                        For the Court,

                                             William C. Redden, Clerk
[VAN022BKAPvDec2009.jsp]                     United States Bankruptcy Court

United States Bankruptcy Court
Eastern District of Virginia

In re:  
Julia Celeste Brammer  
    Debtor

Case No. 14-32762-KRH  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0422-7     User: baumgartn     Page 1 of 1     Date Rcvd: Jun 26, 2014  
                    Form ID: VAN022     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 28, 2014.  
db        +Julia Celeste Brammer,    5212 Conduit Road,    Colonial Heights, VA 23834-2116  
cr        +Fifth Third Bank,    14841 Dallas Parkway, Suite 300,    Dallas, TX 75254-7883

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

       \*\*\*\*\* BYPASSED RECIPIENTS \*\*\*\*\*  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 28, 2014                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 26, 2014 at the address(es) listed below:  
         Harry Shaia, Jr    harryshaia@spinella.com,  
      marykeller@spinella.com;dianecollins@spinella.com;hshaiajr@ecf.epiqsystems.com  
         Jessica L. Fellows    on behalf of Debtor Julia Celeste Brammer fellows.jlCH@gmail.com,  
      chadesimmons.legal@gmail.com,thedebtlawgroupmail@gmail.com,  
      sherricwilmoth@gmail.com;DLGHearings@gmail.com  
                                                      TOTAL: 2